## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01021-CNS-NRN

JUAN PEREZ-BARRAZA,

     Plaintiff,

v.

LEO STRAND, in his individual capacity; and
GARY JOHNSON, in his individual capacity,

     Defendants.

---

## NOTICE OF SETTLEMENT

---

Defendants, **LEO STRAND** and **GARY JOHNSON**, by and through their attorneys, **SGR, LLC**, hereby provide notice that all claims for relief against them have been resolved. As a part of this resolution, Plaintiff has reached a settlement with the City of Manitou Springs ("the City"). Plaintiff and Defendants will be filing a stipulated motion to amend the caption to add the City as a named Defendant. Should that motion be granted by the Court, Plaintiff and Defendants will file a stipulated motion to dismiss all claims against Defendants Strand and Johnson, with prejudice. Upon finalization of the settlement between Plaintiff and the City, should the Court grant the stipulated motion to amend the caption, Plaintiff and the City will file a stipulated motion to dismiss all claims against the City, with prejudice. As a result of the settlement, there is no remaining controversy between the parties.

Respectfully submitted,

**SGR, LLC**

*s/* Eric M. Ziporin

**Eric M. Ziporin**
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
E-mail: eziporin@sgrllc.com


*s/* Tiffany E. Toomey

**Tiffany E. Toomey**
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
E-mail:  ttoomey@sgrllc.com

*Attorneys for Defendants Leo Strand and Gary Johnson*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of February, 2025, I electronically served a true and correct copy of the above and foregoing **NOTICE OF SETTLEMENT** on the following email address:

E. Milo Schwab
milo@ascendcounsel.com
*Attorney for Plaintiff*


*/s/ Mariel Juniper*
Legal Secretary